# Intended Notice Recipients – Method of Notice

District/Off: 0860−4  User: lori  Date Created: 4/10/2008
Case: 4:07−bk−11689  Form ID: pdfwotrm  Total: 5

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr  David D. Coop  ecfmail@ch13ark.com
aty  Howard L. Martin  howardlmartin@centurytel.net
aty  Kimberly Wood Tucker  ktucker@wlj.com, dsebring@wlj.com, cdavis@wlj.com

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db  Donald Dean Egbert  1280 Kerr Station Road  Cabot, AR 72023
jdb  Cynthia Kaye Egbert  1280 Kerr Station Road  Cabot, AR 72023

TOTAL: 2